

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 09−51434
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Dorothy Frances Blackwell
      aka Dorothy Frances Ivey
   302 Medlin St.
   Statesville, NC 28677
   Social Security No.: xxx−xx−6254

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Local Form 13

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: October 2, 2009                                                  David E. Weich
                                                                        Clerk of Court

Electronically filed and signed (10/2/09)